**BAILEY GLASSER LLP**   1055 Thomas Jefferson St. NW
Suite 540
Washington, DC 20007
Tel: 202.463.2101
Fax: 202.463.2103

Gregory Y. Porter
gporter@baileyglasser.com

## <u>MEMO ENDORSED</u>

March 23, 2020

**Via ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Arthur Bekker, et al. v. Neuberger Berman Group, LLC, et al.*
    No. 16-cv-6123 (LTS) (BCM)

Dear Judge Swain:

  The Parties write to inform the Court that they have made significant progress toward settlement of this matter and jointly request a stay of all deadlines, including Plaintiff's Response to Defendant's memorandum pursuant to the Court's show-cause order. Dkt. 126–127.

  The Parties anticipate filing a motion for preliminary approval of a class settlement pursuant to Fed.R.Civ.P. 23 within 60 days of today. Accordingly, the Parties request an order staying all deadlines for a period of 60 days.

  We thank the Court for its consideration.

        Respectfully,

        /s/ Gregory Y. Porter   /s/ Myron D. Rumeld

        Gregory Y. Porter    Myron D. Rumeld

GYP/msc

cc:  All counsel of record (via ECF)

The requested stay is granted.  The parties shall file a joint status report on May 27, 2020, if no motion for preliminary approval has been filed by that date. DE#128 resolved.

SO ORDERED.

/s/Laura Taylor Swain, USDJ 3/23/2020

**AL • CA • DC • DE • FL • MA • MO • NJ • NY • WV | baileyglasser.com**