UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
BEKKER,

                      Plaintiff,

      -against-

NEUBERGER INVESTMENT
COMMITTEE et al.,

                    Defendants.
--------------------------------------------------------x

No. 16 CV 6123-LTS-BCM

### ORDER

As the Court has granted preliminary approval of the proposed settlement in this matter (Docket Entry No. 134), Plaintiff's motion for summary judgment (Docket Entry No. 106) is hereby terminated without prejudice, pending consideration of the proposed settlement. This Order resolves Docket Entry No. 106.

    SO ORDERED.

Dated: New York, New York
       September 30, 2020

                                      Choose an item.
                                      LAURA TAYLOR SWAIN
                                      United States District Judge